# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jessica Newman                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-21036 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Reliance First Capital, LLC and index same on the master mailing list.

                                    Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
28 Apr 2025, 16:15:17, EDT

Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com