Certificate Number: 14912-PAW-DE-039663089

Bankruptcy Case Number: 25-21036



14912-PAW-DE-039663089

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 14, 2025, at 9:40 o'clock PM EDT, Jessica Newman completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  May 14, 2025               By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor