**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                                 **Case No. 25-21036-CMB**

   **Jessica Newman**

                                 **Chapter 13**

           **Debtor(s).**                 **Related to Doc. Nos. 31 & 37**

_____

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:

☐      a motion to dismiss case or certificate of default requesting dismissal

x      a plan modification sought by:   <u>The Trustee</u>

☐      a motion to lift stay
as to creditor_____

☐      Other:   _____

    **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

    **IT IS HEREBY ORDERED** that the

    ***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

    ☐ Chapter 13 Plan dated _____
x Amended Chapter 13 Plan dated <u>July 14, 2025</u>

is modified as follows:

    ***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☐      Debtor(s) Plan payments shall be changed from $ _____
to
$ _____ per _____, effective _____; and/or the
Plan term shall be changed from ___ months to ____ months.

[04/22]                  -1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

x Other: <u>The claim of US Department of HUD (Claim #1) shall not be paid through the Plan as it is not provided for in the plan on the basis that the claim does not require current payments.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

SO ORDERED, this <u>20th</u> day of <u>October</u>, 202<u>5</u>

Dated: <u>     October 20, 2025     </u>

United States Bankruptcy Judge **dmr**

Stipulated by:

/ s/  Andrew M. Carroll
Andrew M. Carroll PA I.D. #91870
Attorney for Debtor
The Beacon Law Firm
427 N. Packard Street
Hammonton, NJ  08037
(856)426-9815
andrewcarrollesq@gmail.com

Stipulated by:

/ s/  Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Counsel to Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412)471-5566
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

FILED
10/20/25 4:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 25-21036-CMB

Jessica Newman                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                  Page 1 of 2

Date Rcvd: Oct 20, 2025                       Form ID: pdf900                             Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Newman, 1336 Nash Ave, Monessen, PA 15062-1939 |
| 16525802 | + | Dovenmuehle/Reliance F, 201 Old Country Rd Ste 2, Melville, NY 11747-2799 |
| 16525806 | | Midland Credit Managem, San Diego, CA |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 21 2025 00:12:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16525800 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 21 2025 00:21:05 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 16538499 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 21 2025 00:21:05 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16525801 | + | Email/Text: bankruptcy@consumerportfolio.com | Oct 21 2025 00:12:00 | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 16548205 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 21 2025 00:12:00 | Reliance First Capital, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 16549013 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 21 2025 00:12:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16527924 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2025 00:21:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16525803 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2025 00:21:05 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 16525805 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 21 2025 00:12:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 16549714 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 21 2025 00:12:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16543826 | + | Email/PDF: cbp@omf.com | Oct 21 2025 00:21:15 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 16525807 | + | Email/PDF: cbp@omf.com | Oct 21 2025 00:21:05 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 16542611 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2025 00:21:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 16535454 | + | Email/Text: ebnpeoples@grblaw.com | Oct 21 2025 00:12:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16525808 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2025 00:21:11 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Oct 20, 2025 Form ID: pdf900 Total Noticed: 21

| | | | | Norfolk, VA 23502-4952 |
|---|---|---|---|---|
| 16525809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 21 2025 00:21:11 | Syncb/Venm, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 16525810 | + | Email/Text: accountservicing@trueaccord.com | Oct 21 2025 00:12:00 | Trueaccord C, 16011 College Blvd, Lenexa, KS 66219-1366 |
| 16525899 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 21 2025 00:21:04 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | RELIANCE FIRST CAPITAL, LLC |
| 16525804 | | MARINER |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2025                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Carroll | on behalf of Debtor Jessica Newman andrewcarrollesq@gmail.com southjerseybankruptcy@gmail.com;carrollar91975@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor RELIANCE FIRST CAPITAL  LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5